## 24326. RICHARD'S BUICK, INC. v. SEASE.

FRANKUM, Justice. After due consideration of the opinion and judgment of the Court of Appeals in this case (116 Ga. App. 232 (156 SE2d 365)), which we have for review upon the grant of the writ of certiorari, we are of the opinion that the decision of that court is correct and the judgment of the Court of Appeals is therefore

*Affirmed. All the Justices concur.*

ARGUED OCTOBER 9, 1967—DECIDED OCTOBER 20, 1967—
REHEARING DENIED NOVEMBER 9, 1967.

*Fulcher, Fulcher, Hagler, Harper & Reed, A. Montague Miller,* for appellant.

*Hull, Towill & Norman, Lawton Jordan, Jr.,* for appellee.